## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JEREMY ELLERBEE** ) | |
| **AND DONALD HARRIS, et al** ) | |
| ) | |
| **Plaintiff,** ) | **No.: 1:10-cv-03498-RLV** |
| **v.** ) | |
| ) | |
| **FREEDOM SECURITY, INC.,** ) | |
| **and LINDA ROSSER, individually** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come Now the Parties, Plaintiffs Jeremy Ellerbee and Donald Harris and Defendants Freedom Security, Inc., and Linda Rosser, by and through their respective undersigned counsel and hereby come forward and stipulate to the voluntary dismissal of all claims without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which includes the electronic signatures of counsel for the referenced parties to this matter.

STIPULATED:

MORGAN & MORGAN, PA

 s/ Jennifer M. Bermel
JENNIFER M. BERMEL #794231
One Commerce Square, Ste. 2600
Memphis, Tennessee 38103
Phone: 901-217-7000
Fax: 901-333-1897
jbermel@forthepeople.com
*Attorney for the Plaintiff*

<u>s/ Anthony E. Cheatham</u>
Anthony E. Cheatham
4807 S. Main St.
Acworth, GA 30101-5228
Telephone: 770-529-8940
Facsimile: 770-974-0949
Email: aecatty@aim.com

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEREMY ELLERBEE AND DONALD HARRIS, et al | ) ) ) |
| Plaintiff, | ) No.: 1:10-cv-03498-RLV |
| v. | ) ) |
| FREEDOM SECURITY, INC., and LINDA ROSSER, individually | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jennifer M. Bermel, hereby certify that I have on this date electronically filed the Stipulation of Voluntary Dismissal without Prejudice with the Clerk of Court using the CM/ECF system, which I understand will send notification of same to all attorneys of record.

This the 2nd day of February, 2011.

*s/Jennifer M. Bermel*
Jennifer M. Bermel
**Morgan & Morgan, P.A.**
2600 One Commerce Square
Memphis, Tennessee 38103
Ph: (901) 217-7000
jbermel@forthepeople.com